**FILED**

July 08, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

BY: _____MRC_____

DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO.  P:21-CR-00686-001 |
| ALI GARCIA | § § | EP: 26-CR-01687-LS |

## TRANSFER OF JURISDICTION

On this day came to be considered the above-styled and numbered cause.  On May 23, 2022, Ali Garcia was sentenced in the Pecos Division of the Western District of Texas, for the offense of Transportation of Illegal Aliens for Financial Gain in violation of 18 U.S.C. §§ 1324(a)(1)(A)(ii) & (a)(1)(B)(i).  On May 15, 2026, the defendant began his term of supervised release in the El Paso Division.  The Judges and Probation Offices of both the Pecos and El Paso Divisions believe that transfer of jurisdiction of this case would be more efficient and would better address any modifications or any issues which may arise from the defendant's supervised release terms. Therefore, the Court finds that jurisdiction of this defendant shall be transferred from the Pecos Division to the El Paso Division.

It is therefore **ORDERED** that the above-styled and numbered cause be, and it is hereby, **TRANSFERRED** to the El Paso Division of the Western District to Texas.

It is further **ORDERED** that the United States District Clerk's Office in Pecos, Texas, transfer the file to the United States District Clerk's Office in El Paso, Texas.

It is so **ORDERED**.

SIGNED this 7th day of July, 2026.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE

17



FILED

JUL   8 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ALI GARCIA,

     Defendant.

§
§
§  NO. P-21-CR 686
§
§
§  **INDICTMENT**
§
§  [Count One: 8 U.S.C. § 1324(a)(1)(A)(v)(I)
§  &(B)(i), Conspiracy to Transport Illegal
§  Aliens]
§
§  [Count Two: 8 U.S.C. § 1324(a)(1)(A)(ii) &
§  (B)(i), Transportation of Illegal Aliens.]
§

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about June 18, 2021, in the Western District of Texas, the Defendant,

**ALI GARCIA,**

did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, certain aliens who had entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact that said aliens had come to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law.

A violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) & (B)(i).

## COUNT TWO
### [8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about June 18, 2021, in the Western District of Texas, the Defendant,

**ALI GARCIA,**

knowing and in reckless disregard of the fact that certain aliens had come to, entered, and remained in the United States in violation of law, and with the intent to further said aliens' unlawful presence in the United States, did transport and move, and attempted to transport and move said aliens within the United States, by means of transportation or otherwise, for the purpose of commercial advantage and private financial gain.

A violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

A TRUE Original signed by the
foreperson of the Grand Jury

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: EDUARDO R. MENDOZA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

UNITED STATES OF AMERICA

        v.

Case Number:  4:21-CR-00686(1)  DC
USM Number:  51301-509

**ALI GARCIA**
Alias(es):
**AKA**  Hernandez,; **AKA**  Ali  Hernandez,; **AKA**  Ali Juvenile Garcia,; **AKA**  Ali-Garcia,;
      Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, Ali  Garcia, was represented by Luis A. Chavez.

The defendant pled guilty to Count(s) 2, of the Indictment on August 31, 2021.  Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 18 U.S.C. § 1324(a)(1)(A)(ii), 18 U.S.C. § 1324(a)(1)(B)(i) | Transportation of Illegal Aliens for Financial Gain | June 18, 2021 | 2 |

As pronounced on May 23, 2022, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

On motion of the United States, the Court has dismissed all remaining counts with prejudice.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this 2nd day of June, 2022.

David Counts
United States District Judge

AO 245B (Rev. TXW 11/19) Judgment in a Criminal Case                                         Judgment -- Page 2 of 6

DEFENDANT:            ALI GARCIA
CASE NUMBER:         4:21-CR-00686(1)  DC

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of **Thirty-Seven (37) months** with credit for time served while in custody for this federal offense pursuant to 18 U.S.C. § 3585(b).

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant serve this sentence at F.C.I. La Tuna.

The defendant shall remain in custody pending service of sentence.

# RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of the Judgment.

_____
United States Marshal

AO 245B (Rev. TXW 11/19) Judgment in a Criminal Case

Judgment -- Page 3 of 6

DEFENDANT:          ALI GARCIA
CASE NUMBER:      4:21-CR-00686(1)  DC

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **Three (3) years**.

While on supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court and shall comply with the following additional conditions:

The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant shall pay the costs of such treatment if financially able.

The defendant shall submit his or her person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search shall be conducted at a reasonable time and in a reasonable manner.

The defendant shall participate in an educational services progtram and follow the rules and regulations of that program. Such programs may include high school equivalency preparation, Enghlish as a Second Language classes, and other classes designed to improve the defendant's proficiency skills such as reading, writing, mathematics, or computer use. The defendant shall pay for the costs of the program if financially able.

AO 245B (Rev. TXW 11/19) Judgment in a Criminal Case                                                    Judgment -- Page 4 of 6

DEFENDANT:          ALI GARCIA
CASE NUMBER:        4:21-CR-00686(1)  DC

# CONDITIONS OF SUPERVISED RELEASE
**(As Amended November 28, 2016)**

It is ORDERED that the Conditions of Probation and Supervised Release applicable to each defendant committed to probation or supervised release in any division of the Western District of Texas, are adopted as follows:

Mandatory Conditions:

[1]     The defendant shall not commit another federal, state, or local crime during the term of supervision.

[2]     The defendant shall not unlawfully possess a controlled substance.

[3]     The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

[4]     The defendant shall cooperate in the collection of DNA as instructed by the probation officer, if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 14135a).

[5]     If applicable, the defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et. seq.) as instructed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which the defendant resides, works, is a student, or was convicted of a qualifying offense.

[6]     If convicted of a domestic violence crime as defined in 18 U.S.C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

[7]     If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

[8]     The defendant shall pay the assessment imposed in accordance with 18 U.S.C. § 3013.

[9]     The defendant shall notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines or special assessments.

Standard Conditions:

[1]     The defendant shall report to the probation office in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the probation officer instructs the defendant to report to a different probation office or within a different time frame.

[2]     After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant shall report to the probation officer as instructed.

[3]     The defendant shall not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court or the probation officer.

[4]     The defendant shall answer truthfully the questions asked by the probation officer.

14

DEFENDANT:             ALI GARCIA
CASE NUMBER:           4:21-CR-00686(1)  DC

[5]   The defendant shall live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as the people the defendant lives with), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change

[6]   The defendant shall allow the probation officer to visit the defendant at any time at his or her home or elsewhere, and the defendant shall permit the probation officer to take any items prohibited by the conditions of the defendant's supervision that are observed in plain view.

[7]   The defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses the defendant from doing so.  If the defendant does not have full-time employment, he or she shall try to find full-time employment, unless the probation officer excuses the defendant from doing so.  If the defendant plans to change where the defendant works or anything about his or her work (such as the position or job responsibilities), the defendant shall notify the probation officer at least 10 days before the change.  If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.

[8]   The defendant shall not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant shall not knowingly communicate or interact with that person without first getting the permission of the probation officer.

[9]   If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours.

[10]  The defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified, for the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

[11]  The defendant shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

[12]  If the probation officer determines that the defendant poses a risk to another person (including an organization), the probation officer may require the defendant to notify the person about the risk and the defendant shall comply with that instruction.  The probation officer may contact the person and confirm that the defendant has notified the person about the risk.

[13]  The defendant shall follow the instructions of the probation officer related to the conditions of supervision.

[14]  If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

[15]  If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

[16]  If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.

[17]  If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally re-enter the United States. If the defendant is released from confinement or not deported, or lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

AO 245B (Rev. TXW 11/19) Judgment in a Criminal Case                                     Judgment -- Page 6 of 6

DEFENDANT:             ALI GARCIA
CASE NUMBER:           4:21-CR-00686(1)  DC

# CRIMINAL MONETARY PENALTIES/SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 410 S. Cedar Street, Pecos, TX 79772 or online by Debit (credit cards not accepted) or ACH payment (direct from Checking or Savings Account) through pay.gov (link accessible on the landing page of the U.S. District Court's Website). **Your mail-in or online payment must include your case number in the exact format of DTXW421CR000686-001 to ensure proper application to your criminal monetary penalty.**

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|  | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| TOTAL: | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of **$100.00**.

### Fine

The fine is waived because of the defendant's inability to pay.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. §3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

\*  Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

CLOSED,INTERPRETER

# U.S. District Court [LIVE]
## Western District of Texas (Pecos)
## CRIMINAL DOCKET FOR CASE #: <u>4:21−cr−00686−DC</u>−1
### *Internal Use Only*

Case title: USA v. Garcia

Magistrate judge case number:  4:21−mj−00711−DF

Date Filed: 07/08/2021

Date Terminated: 07/07/2026

Assigned to: Judge David Counts

### <u>Defendant (1)</u>

**Ali Garcia**
*TERMINATED: 07/07/2026*

represented by **Luis A. Chavez**
The Chavez Law Firm
121 E. 4th Street
Odessa, TX 79761
(432)580−0303
Fax: (432)332−8714
Email: luischavez121@icloud.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Roberto Balli**
Balli Law Office
PO Box 1058
Laredo, TX 78042
956.712.4999
Fax: 956.724.5830
Email: robertoballi@sbcglobal.net
*TERMINATED: 03/08/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### <u>Pending Counts</u>

8:1324(a)(1)(A)(ii)&(B)(i).F
Transportation of Illegal Aliens
(2)

### <u>Disposition</u>

REVOCATION SENTENCE (10/31/2025):
Imprisonment of Twelve (12) months. A term of
Two (2) years Supervised Release is imposed
with all Mandatory and Standard Conditions
approved for the Western District of Texas and
all conditions previously imposed and not yet

1

completed. ORIGINAL SENTENCE: Imprisonment of 37 MONTHS, 3 YEAR(S) Supervised Release; Special Assessment Fee– $100.00; No Fine

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 8:1324(a)(1)(A)(v)(I)&(B)(i).F Conspiracy to Transport Illegal Aliens (1) | Dismissed with Prejudice |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 8:1324.F–––Knowingly and in reckless disregard of the fact that certain aliens had come to, entered, and/or remained in the United States in violation of law, did guide, transport, move, and attempt to guide and move said aliens within the United States in furtherance of said violation of law for the purpose of commercial advantage or private financial gain | |

**Plaintiff**

| **USA** | represented by | **Duty AUSA Pecos** |
|---|---|---|

U.S. Attorney's Office
2500 N. Highway 118
Suite A–200
Alpine, TX 79830
432–837–7332
Fax: 432/837–7485
Email: usatxw.alpine.ecf.notices@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eduardo Rene Mendoza**
Meadows Collier etal
901 Main Street, Ste 3700
Dallas, TX 75202
214–744–3700

2

Email: emendoza@meadowscollier.com
*TERMINATED: 12/16/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joseph H. Gay , Jr.**
FORMER Assistant U.S. Attorney
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
(210) 384–7030
Fax: 210 384–7031
Email: Joseph.Gay@usdoj.gov
*TERMINATED: 03/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Tindall**
United States Attorneys Office
903 San Jacinto Blvd.
Suite 334
Austin, TX 78701
512–916–5858
Email: mark.tindall@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2021 | | Arrest of Ali Garcia (jh1) [4:21–mj–00711–DF] (Entered: 06/22/2021) |
| 06/21/2021 | 1 | COMPLAINT Signed by Judge David B. Fannin as to Ali Garcia. (jh1) [4:21–mj–00711–DF] (Entered: 06/22/2021) |
| 06/22/2021 | 2 | Minute Entry for proceedings held before Judge David B. Fannin:Initial Appearance as to Ali Garcia held on 6/22/2021 (Minute entry documents are not available electronically.) (Preliminary and Detention Hearing set for 6/25/2021 09:30 AM in Alpine before Judge David B. Fannin,), Spanish Language Interpreter NOT required as to Ali Garcia, Due Process Protections Act Warning given in Open Court as to Ali Garcia (Court Reporter FTR.) (jh1) [4:21–mj–00711–DF] (Entered: 06/22/2021) |
| 06/22/2021 | | ORAL ORDER OF TEMPORARY DETENTION: as to Ali Garcia. by Judge David B. Fannin. (jh1) [4:21–mj–00711–DF] (Entered: 06/22/2021) |
| 06/22/2021 | 3 | ORDER APPOINTING COUNSEL as to Ali Garcia. Signed by Judge David B. Fannin. (jh1) [4:21–mj–00711–DF] (Entered: 06/22/2021) |
| 06/22/2021 | 4 | ORDER SETTING PRELIMINARY / DETENTION HEARING as to Ali Garcia. Signed by Judge David B. Fannin. (jh1) [4:21–mj–00711–DF] (Entered: 06/22/2021) |
| 06/22/2021 | 5 | Order Regarding Due Process Protections Act as to Ali Garcia. Signed by Judge David B. Fannin. (jh1) [4:21–mj–00711–DF] (Entered: 06/22/2021) |

| 06/22/2021 | 6 | MOTION to Detain Defendant without Bond by USA as to Ali Garcia. (jh1) [4:21−mj−00711−DF] (Entered: 06/22/2021) |
|---|---|---|
| 06/25/2021 | 7 | Waiver of Preliminary and Detention Hearing by Ali Garcia (Chavez, Luis) [4:21−mj−00711−DF] (Entered: 06/25/2021) |
| 06/25/2021 | 8 | Minute Entry for proceedings held before Judge David B. Fannin:Bond Hearing as to Ali Garcia held on 6/25/2021 (Minute entry documents are not available electronically.), Spanish Language Interpreter NOT required as to Ali Garcia (Court Reporter FTR.) (jh1) [4:21−mj−00711−DF] (Entered: 06/25/2021) |
| 06/25/2021 | | ORAL ORDER DENYING 6 Motion to Detain Defendant without Bond. Bond set to Secured Bond 15K, 10% Down as to Ali Garcia (1). Signed by Judge David B. Fannin. (jh1) [4:21−mj−00711−DF] (Entered: 06/25/2021) |
| 06/25/2021 | 9 | ORDER Setting Conditions of Release as to Ali Garcia (1) Secured Bond, 15K 10% Down. Motions terminated:. Signed by Judge David B. Fannin. (jh1) [4:21−mj−00711−DF] (Entered: 06/25/2021) |
| 06/28/2021 | 10 | Appearance Bond Filed as to Ali Garcia in amount of $ 15K, 10% Down, No Surety. Receipt # 400007198. (jl) [4:21−mj−00711−DF] (Entered: 06/28/2021) |
| 07/08/2021 | 11 | INDICTMENT(Redacted Version) filed. Unredacted document sealed pursuant to E−Government Act of 2002 as to Ali Garcia (1) count(s) 1, 2. (jl) (Entered: 07/08/2021) |
| 07/08/2021 | 12 | *SEALED* UNREDACTED INDICTMENT: In Compliance with the E−Government Act, this document should remain SEALED and not made available to the public as to Ali Garcia. (Attachments: # 1 Personal Data Sheet) (jl) (Entered: 07/08/2021) |
| 07/08/2021 | | All parties shall comply with the Standing Orders for the Pecos Division. Parties can review the standing orders by clicking the included hyperlink as to Ali Garcia (jl) (Entered: 07/08/2021) |
| 07/15/2021 | 13 | SCHEDULING ORDER as to Ali Garcia. Arraignment set for 7/22/2021 11:00 AM before Judge David B. Fannin, Motions due by 8/3/2021, Plea Agreement due by 9/7/2021, Docket Call set for 8/5/2021 11:00 AM before Judge David B. Fannin, Jury Selection and Trial set for 9/20/2021 08:30 AM before Judge David Counts. Signed by Judge David B. Fannin. (bot1) (Entered: 07/16/2021) |
| 07/20/2021 | 14 | Waiver of personal appearance at Arraignment, plea of not guilty by Ali Garcia (Chavez, Luis) (Entered: 07/20/2021) |
| 07/20/2021 | 15 | Order Accepting Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Ali Garcia. Signed by Judge David B. Fannin. (bot1) (Entered: 07/20/2021) |
| 08/04/2021 | 16 | ORDER SETTING FELONY PLEA as to Ali Garcia, ( Rearraignment set for 8/31/2021 09:30 AM in Pecos before Judge David B. Fannin,). Signed by Judge David B. Fannin. (cv) (Entered: 08/05/2021) |
| 08/28/2021 | 17 | Consent to administration of guilty plea and Rule 11 Allocution by a United States Magistrate Judge by Ali Garcia (Chavez, Luis) (Entered: 08/28/2021) |
| 08/30/2021 | 18 | Petition to Revoke Bond as to Ali Garcia. Signed by Judge David B. Fannin (cv) (Entered: 08/31/2021) |

4

| 08/30/2021 | 19 | Pretrial Warrant Issued by Judge David B. Fannin as to Ali Garcia. (cv) (Entered: 08/31/2021) |
|---|---|---|
| 08/31/2021 | 20 | Minute Entry for proceedings held before Judge David B. Fannin:Rearraignment held on 8/31/2021 ; Defendant Informed of Rights. Plea of guilty entered as to Ali Garcia (1) Count 2 ;Referred to Probation for Presentence Report (Minute entry documents are not available electronically.) (Court Reporter FTR PECOS.) (cv) (Entered: 09/01/2021) |
| 08/31/2021 |  | ORAL FACTUAL BASIS by USA as to Ali Garcia (cv) (Entered: 09/01/2021) |
| 08/31/2021 | 21 | FINDINGS OF FACT AND RECOMMENDATION on felony guilty plea before the United States Magistrate Judge as to Ali Garcia. Signed by Judge David B. Fannin. (cv) (Entered: 09/01/2021) |
| 09/15/2021 | 22 | ORDER accepting re 21 Findings of Fact on Plea as to Ali Garcia. Guilty plea accepted. Signed by Judge David Counts. (jl) (Entered: 09/16/2021) |
| 10/04/2021 | 23 | ORDER Setting Sentencing as to Ali Garcia; Sentencing set for 11/23/2021 08:00 AM in Alpine before Judge David Counts. Signed by Judge David Counts. (bot1) (Entered: 10/04/2021) |
| 10/29/2021 | 24 | ORDER Resetting Sentencing as to Ali Garcia; Sentencing RESET for 12/16/2021 08:30 AM in Pecos before Judge David Counts. Signed by Judge David Counts. (bot1) (Entered: 10/29/2021) |
| 11/24/2021 | 25 | ORDER Resetting Sentencing as to Ali Garcia; Sentencing RESET for 12/16/2021 08:00 AM in Pecos before Judge David Counts. Signed by Judge David Counts. (bot1) (Entered: 11/24/2021) |
| 12/06/2021 | 26 | SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Ali Garcia by Officer Jessica C. Avila. (Document available to court only) (Attachments: # (1–2) (Silva–Amparan, R.) (Entered: 12/06/2021) |
| 12/16/2021 | 27 | Minute Entry for proceedings held before Judge David Counts:Miscellaneous Hearing as to Ali Garcia held on 12/16/2021 (Minute entry documents are not available electronically.) (Court Reporter FTR–PECOS.) (jh1) (Entered: 12/20/2021) |
| 04/22/2022 |  | Arrest of Ali Garcia (yl) (Entered: 04/25/2022) |
| 04/25/2022 | 28 | Warrant Returned Executed on 4/22/22 as to Ali Garcia. (yl) (Entered: 04/25/2022) |
| 04/27/2022 | 29 | Minute Entry for proceedings held before Judge David B. Fannin:Initial Appearance in BOND Revocation as to Ali Garcia held on 4/27/2022 (Minute entry documents are not available electronically.) Spanish Language Interpreter NOT required as to Ali Garcia (Court Reporter FTR–Alpine.) (mc7) (Entered: 04/27/2022) |
| 04/27/2022 | 30 | ORDER Setting Bond Revocation Hearing as to Ali Garcia Bond Revocation Hearing set for 5/3/2022 09:30 AM in Pecos before Judge David B. Fannin,. Signed by Judge David B. Fannin. (mc7) (Entered: 04/27/2022) |
| 05/03/2022 | 31 | ORDER REVOKING DEFENDANTS CONDITIONS OF RELEASE as to Ali Garcia re 18 Petition to Revoke Bond. Signed by Judge David B. Fannin. (yl) (Entered: 05/03/2022) |
| 05/03/2022 | 32 | Minute Entry for proceedings held before Judge David B. Fannin:Bond Revocation Hearing as to Ali Garcia held on 5/3/2022 – BOND REVOKED, Defendant remanded to USM custody. (Minute entry documents are not available electronically.), Spanish |

5

| | | |
|---|---|---|
| | | Language Interpreter NOT required as to Ali Garcia (Court Reporter FTR−Pecos.) (mc7) (Entered: 05/03/2022) |
| 05/04/2022 | 33 | ORDER Setting Sentencing as to Ali Garcia Sentencing set for 5/24/2022 08:00 AM in Alpine before Judge David Counts,. Signed by Judge David Counts. (mc7) (Entered: 05/04/2022) |
| 05/05/2022 | 34 | SEALED SUPPLEMENTAL ATTACHMENT re 26 SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Ali Garcia by Officer Jessica C. Avila. (Document available to court only) (Attachments: # (1−2) (Silva−Amparan, R.) (Document available to court only) (Attachments: # (1−3)(Silva−Amparan, R.) (Entered: 05/05/2022) |
| 05/20/2022 | 35 | ORDER Resetting Sentencing as to Ali Garcia; Sentencing RESET for 5/23/2022 02:30 PM in Alpine before Judge David Counts. Signed by Judge David Counts. (bot3) (Entered: 05/20/2022) |
| 05/23/2022 | 36 | Minute Entry for proceedings held before Judge David Counts:Sentencing held on 5/23/2022 for Ali Garcia (1), Count(s) 1, Dismissed with Prejudice; Count(s) 2, Imprisonment of 37 MONTHS, 3 YEAR(S) Supervised Release; Special Assessment Fee− $100.00; No Fine. (Minute entry documents are not available electronically.), SPANISH Language Interpreter required as to Ali Garcia (Court Reporter ECRO−Alpine.) (mc7) (Entered: 05/24/2022) |
| 05/24/2022 | 37 | Appeal of Final Judgment by Ali Garcia. No filing fee submitted (Chavez, Luis) (Entered: 05/24/2022) |
| 05/24/2022 | 38 | MOTION to Withdraw as Attorney by Ali Garcia. (Attachments: # 1 Proposed Order)(Chavez, Luis) (Entered: 05/24/2022) |
| 05/24/2022 | | NOTICE OF APPEAL following 37 Notice of Appeal (E−Filed) by Ali Garcia Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a Transcript Order and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the CJA 24 vouchers must be completed in the E−voucher system. (jl) (Entered: 05/25/2022) |
| 05/26/2022 | 39 | ORDER GRANTING 38 Motion to Withdraw as Attorney as to Ali Garcia (1). Signed by Judge David B. Fannin. (yl) (Entered: 05/26/2022) |
| 05/26/2022 | | Attorney Luis A. Chavez terminated as to Ali Garcia. (yl) (Entered: 05/26/2022) |
| 06/02/2022 | 40 | JUDGMENT AND COMMITMENT as to Ali Garcia (1), Count(s) 1, Dismissed with Prejudice; Count(s) 2, Imprisonment of 37 MONTHS, 3 YEAR(S) Supervised Release; Special Assessment Fee− $100.00; No Fine. Signed by Judge David Counts. (bot3) (Entered: 06/02/2022) |
| 06/02/2022 | 41 | Sealed Statement of Reasons as to Ali Garcia (SOR documents are not available electronically.) (bot3) (Entered: 06/02/2022) |
| 06/15/2022 | 42 | TRANSCRIPT REQUEST by Ali Garcia for dates of 05/23/2022 before Judge David Counts. Proceedings Transcribed: Sentencing. Court Reporter: Dipti Patel. re Notice of Appeal − Final Judgment (Balli, Roberto) (Entered: 06/15/2022) |
| 06/15/2022 | 43 | TRANSCRIPT REQUEST by Ali Garcia for dates of 08/31/2021 before Judge David B. Fannin,. Proceedings Transcribed: Rearraignment. Court Reporter: Lily Reznik. re |

6

| | | Notice of Appeal – Final Judgment (Balli, Roberto) (Entered: 06/15/2022) |
|---|---|---|
| 07/23/2022 | 44 | TRANSCRIPT filed of Proceedings as to Ali Garcia held on August 31, 2021 Proceedings Transcribed: Rearraignment/Plea. Court Reporter/Transcriber Lily I. Reznik, Telephone number 512–391–8792. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 8/15/2022, Redacted Transcript Deadline set for 8/23/2022, Release of Transcript Restriction set for 10/21/2022, Appeal Record due by 8/8/2022, (lr) (Entered: 07/23/2022) |
| 09/12/2022 | 45 | TRANSCRIPT filed of Proceedings as to Ali Garcia held on May 23, 2022 Proceedings Transcribed: Sentencing Hearing. Court Reporter/Transcriber Dipti Patel – Liberty Transcripts, Telephone number (847) 848–4907. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 10/3/2022, Redacted Transcript Deadline set for 10/13/2022, Release of Transcript Restriction set for 12/12/2022, Appeal Record due by 9/27/2022, (tr) (Entered: 09/12/2022) |
| 09/22/2022 | 46 | MOTION for Return of Cash Bail by Ali Garcia. (ab1) (Entered: 09/22/2022) |
| 09/23/2022 | 47 | ORDER GRANTING 46 Motion for Return of Bail as to Ali Garcia (1). Signed by Judge David Counts. (vb) (Entered: 09/23/2022) |
| 10/21/2022 | | Certification of the Electronic Record on Appeal (22–50426) has been accepted by the 5th Circuit as to Ali Garcia re Notice of Appeal – Final Judgment,,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site. Please click this link to download the instructions here (co) (Entered: 10/21/2022) |
| 03/08/2023 | 48 | JUDGMENT/MANDATE of USCA (certified copy) as to Ali Garcia. IT IS ORDERED and ADJUDGED that the appeal isDISMISSED as frivolous. (vb) (Entered: 03/08/2023) |
| 03/10/2025 | 49 | Report on Offender under Supervision (PB12A) as to Ali Garcia Signed by Judge David Counts (vs3) (Entered: 03/10/2025) |
| 04/17/2025 | 50 | Probation Form 12 to revoke probation/supervised release as to Ali Garcia (1) Count 2 Signed by Judge David Counts (vs3) (Entered: 04/17/2025) |
| 04/17/2025 | 51 | Probation Warrant Issued by Judge David Counts as to Ali Garcia. (vs3) (Entered: 04/17/2025) |
| 05/16/2025 | | Arrest of Ali Garcia (yl) (Entered: 05/20/2025) |
| 05/20/2025 | 52 | Rule 5(c)(3) Documents Received as to Ali Garcia (yl) (Entered: 05/20/2025) |
| 10/03/2025 | 53 | Probation Warrant Returned Executed on 05/16/2025 as to Ali Garcia. (jh1) (Entered: 10/03/2025) |

| 10/07/2025 | 54 | Minute Entry for proceedings held before Judge David B. Fannin:Initial Appearance on Revocation Proceedings as to Ali Garcia held on 10/7/2025 (Minute entry documents are not available electronically.), Spanish Language Interpreter NOT required as to Ali Garcia (Court Reporter FTR – ALPINE.) (vs3) (Entered: 10/07/2025) |
|---|---|---|
| 10/07/2025 | 55 | ORDER APPOINTING COUNSEL Luis A. Chavez for Ali Garcia appointed. Signed by Judge David B. Fannin. (vs3) (Entered: 10/07/2025) |
| 10/07/2025 | 56 | ORDER SETTING PRELIMINARY REVOCATION HEARING as to Ali Garcia set for 10/14/2025 09:30 AM before Judge David B. Fannin. Signed by Judge David B. Fannin. (vs3) (Entered: 10/07/2025) |
| 10/07/2025 | 57 | WAIVER of Preliminary Hearing by Ali Garcia (vs3) (Entered: 10/07/2025) |
| 10/07/2025 | 58 | ORDER OF DETENTION on Government's Petition for Offender under Supervision: Defendant be detained pending a Final Revocation Hearing as to Ali Garcia. Signed by Judge David B. Fannin. (vs3) (Entered: 10/07/2025) |
| 10/07/2025 | 59 | ORDER as to Ali Garcia, Final Hearing re Revocation of Supervised Release set for 10/30/2025 10:00 AM in Alpine before Judge David Counts. Signed by Judge David Counts. bot2 (Entered: 10/07/2025) |
| 10/07/2025 | 60 | SEALED REVOCATION SENTENCE RECOMMENDATION Filed as to Ali Garcia by Officer Julio Estrada. (Document available to court only) (Attachments: (1) (Villanueva, Lorene) (Entered: 10/07/2025) |
| 10/30/2025 | 61 | Minute Entry for proceedings held before Judge David Counts:Final Revocation Hearing as to Ali Garcia held on 10/30/2025 (Minute entry documents are not available electronically.), Spanish Language Interpreter NOT required as to Ali Garcia (Court Reporter Tamara Ross.) (vs3) (Entered: 10/30/2025) |
| 10/31/2025 | 62 | ORDER REVOKING SUPERVISED RELEASE and RESENTENCING of Ali Garcia. Signed by Judge David Counts. (jh1) (Entered: 10/31/2025) |
| 07/06/2026 | 63 | Report on Offender under Supervision (PB12A) as to Ali Garcia Signed by Judge David Counts (jh1) (Entered: 07/06/2026) |
| 07/07/2026 | 64 | Probation/Supervised Release Jurisdiction Transferred to El Paso Division as to Ali Garcia signed by Judge David Counts. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (jh1) (Entered: 07/08/2026) |